**DISMISS and Opinion Filed October 6, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00572-CV**

**TRAM TRAN, Appellant**
**V.**
**DAVID STIDD, Appellee**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-06-02457-V**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

In her pending motion for an extension of time to file her notice of appeal, appellant states she appeals from the trial court's December 17, 2019 dismissal of the underlying case. After receiving notice from the district clerk's office that the trial court had not signed a dismissal order, we questioned our jurisdiction over this appeal. At our request, appellant filed a letter brief addressing our concern.

Generally, this Court has jurisdiction over final judgments and certain interlocutory orders as permitted by statute. *See Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)

(listing appealable interlocutory orders). A final judgment is one that disposes of all parties and all claims. *See Lehmann*, 39 S.W.3d at 195.

In her letter brief, appellant fails to provide any authority demonstrating our jurisdiction over this appeal. In the absence of an order to review, this Court lacks appellate jurisdiction. *See id*. Accordingly, we deny as moot appellant's motion for an extension of time to file her notice of appeal and dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

200572F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

TRAM TRAN, Appellant

No. 05-20-00572-CV          V.

DAVID STIDD, Appellee

On Appeal from the 303rd Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-06-02457-V.

Opinion delivered by Chief Justice Burns. Justices Whitehill and Molberg participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered October 6, 2020